IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICHARD A RODAK,

    Petitioner,

v.                                      CASE NO. 4:12-cv-393-RV-GRJ

SECRETARY, DEPT. OF CORRECTIONS,

    Respondent.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 6, 2013 (doc. 14), which recommended that Defendant's motion to dismiss be granted as to claims (1), (3), (4), and (5), and that claim (2) be denied on the merits. The petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order. Defendant's motion to dismiss, doc. 9, is **GRANTED.** The Clerk must enter judgment stating, "Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2254 is denied." A certificate of appealability is denied. Leave to proceed on appeal *in forma pauperis* is denied.

**DONE AND ORDERED** this 5th day of September 2013.

                                            /s/ *Roger Vinson*
                                            **ROGER VINSON**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**